IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

FREDRICK SELLERS, #97281-071  Unit 4-A
    plaintiff, USP. McCreary
vs.          P.O.B 3000
             Pine Knot, KY 42635
U.S. DEPARTMENT OF JUSTICE,

FEDERAL BUREAU OF INVESTIGATION,
    defendant.

**FILED**

MAY 1 5 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Case: 1:08-cv-00840
Assigned To : Kennedy, Henry H.
Assign. Date : 5/15/2008
Description: FOIA/Privacy Ac

Freedom of Information Act

## I. NATURE OF CASE

This is a civil complaint filed by Fredrick Sellers, a pro se  prisoner, naming

the United States Department of Justice ("D.O.J."), Federal Bureau of Investigation

("F.B.I.") as defendant seeking disclosure of information previously sought and

denied under 5 U.S.C. §522 et. seg. and §522a et. seg..  In support of his

complaint Sellers would aver as follows:

## II.JURISDICTION/Venue

This court has proper subject matter and personal jurisdiction pursuant to 5

U.S.C. §522(a)(4)(B); In re Scott, 709 F.2d 717(D.C. cir. 1983).

## III. PARTIES

1) The plaintiff, Fredrick Sellers, is a federal prisoner serving a life sentence

without parole at the United States Penitentiary McCreary.

2) The defendant, Federal Bureau of Investigation is the agency under the

auspices of the U.S. Department of Justice with it's principal headquarters

maintained in the District of Columbia.

**RECEIVED**

APR 3 0 2008

Clerk, U.S. District and
Bankruptcy Courts

## IV. FACTUAL ALLEGATIONS

A. Facts Associated With FOIA Request

1) On or about May 7 2007, Sellers caused to mail his written request for

information to the F.B.I. (exhibit A).

-1-

2) Sellers sought information/records from the F.B.I. pursuant to 5 §522a and §522.

3) On or about June 4, 2007, the F.B.I. acknowledged reciept of Sellers' FOIA, and assigned request number 1079977-000 (exhibitB).

4) On or about July 5, 2007, the F.B.I. located 430 pages (ehibit C).

5) On or about July 30, 2007, the F.B.I. made response to Sellers' FOIA request by releasing 100 heavily redacted pages while withholding 295 pages that were available for processing (exhibit D).

6) The F.B.I. maintained and asserted various statutory exemptions supporting the non disclosure of records sought by Sellers.  For background of Sellers criminal case, see: <u>United States v. Sellers</u>, criminal no. 4:01-m-00058, and <u>United States v. Sellers</u>, appeal no. 02-4398.

7) On or about August 13, 2007, Sellers submitted his FOIA appeal letter to the co-director, U.S. Department of JUstice (exhibit E).

8) On or about September 12, 2007, the co-director's office acknowledged receipt of Sellers' written FOIA appeal no. 07-2336 (exhibit F).

9) On or about September 28, 2007, the co-director's office issued it's appellate decision affirming the F.B.I.'s non-disclosure of information requested (exhibit G).

10) On or about October 9, 2007, Sellers mailed a written request for the additional 295 pages that were available for processing agreeing to pay the processing fees (exhibit H).

11) On or about December 3, 2007, Sellers mailed a written request for the additional 295 that were available for processing (exhibit I).

12) On or about January 8, 2008, the F.B.I. made response to Sellers FOIA request by releasing 112 pages of heavily redacted while refusing to release 183 pages entirely (exhibit J).

13) On or about January 13, 2008, Sellers submitted his FOIA appeal letter to the co-director, U.S. Department of Justice (exhibit K).

14) On or about February 14, 2008, the co-director's office acknowledged receipt

of Sellers' written appeal no. 08-0942 (exhibit L).

15) On or about March 31, 2008, the co-director's office issued it's appellate decision affirming the F.B.I.'s non-disclosure of information requested (exhibit M).


B. Facts  Related To Plaintiff And Basis For FOIA Request

1) Sellers was prosecuted in the U.S.District Court of South Carolina for violation of the Title 18 U.S.C. 922(g) U.S.C. 1201, Title 21 U.S.C. 841 (a)(1) U.S.C. 846 (Involving the kidnapping and murder of one Larry Lovie Briston).

2) It was the prosecutor's theory that Sellers violated Federal law when he commited the offenses set forth in ¶3 above.

3) Sellers believes that Federal authorities (Federal Bureau of Investigation and the U.S. Attorney's office) recovered and/or processed and generated information that would exonerate Sellers of the charges he was convicted of.

4) Sellers is factually innocent of kidnapping and/or murder of Larry Lovie Briston and therefore Sellers sought information pursuant to 5 U.S.C. §522a and §522.


## V. CLAIMS/ARGUMENTS FOR RELIEF

Under 5 U.S.C. §522 there is a presumption in favor of disclosure.  Any individual who is agrieved by an agency refusal to release records under the FOIA/Privacy act may seek civil remedy accordingly 3552(a)(4)(B). Lovell v. Dept. of Justice, and 589 F. Supp. 150(D.C. D.C. 1984).

A complaint under FOIA must allege a proper request for the records (exhibit D). Am Jur 2d FOIA §508; Stebbins v. Nationwide mut.  Ins co. 757 F.2d 364 (D.C. cir. 1974).  The plaintiff in this case has shown this court with credible evidence, that:

1) He did file a proper request for records under §522(a) et. seg.

2) The defendant failed to comply with plaintiff's request by releasing information.

3) Plaintiff has exhausted all administrative remedies available under applicable law.

In this case, Sellers is entitled, and the district court should order, that defendants prepare and present for review a Vaughn index (Vaughn v. Rosen, 484 F.2d 820, 827[D.C. cir. 1973]). Piper v. U.S. Dept. of Justice, 312 F. Supp, 2d 17 (D.C. D.C. 2004). When affirming the F.B.I.'s decision not to release certain information the director agreed with the F.B.I.'s asserted exeptions under 5 U.S.C. §522(b)(2), (b)(6)(b)(7)(c), (b)(7)(e); however, did not support the F.B.I. failed to do in the first place.

An agency can not use statutory exemptions as pretext not to release records that are subject to disclosure under the law. Sellers alleges that the F.B.I. has acted unlawfully to conceal information that Sellers is entitled to under 5 U.S.C. §522a, §522. Campbell v. U.S. Dept. of Justice, 231 F. Supp. 2d 1(D.C. D.C. 2002); American Jurisprudence, FOIA Records §68.

Further Sellers alleges that the F.B.I. has violated the law by using subterfuge and acted in bad faith in the non-disclosure of records requested by Sellers. Nixon v. Sampson, 389 F. Supp. 107(D.C. D.C. 1975); U.S. Dept. of Defense v. FLRA, 510 us 487 (1994)("general philosophy of full agency disclosure unless information is exempted under valid and clearly dilineated statutory language").

Finally, in response to the F.B.I.'s asserted exemptions Sellers will state for the record that:
1) The investigation is closed and therefore disclosure is required Kilroy v. N.L.R.B., 633 F. Supp. 136 (S.D. Ohio 1985);
2) F.B.I. failed to articulate how disclosure would interfere with "active investigation" Curran v. D.O.J., 813 F.2d 473 (1st cir. 1987);
3) The information and identities of informants has been previously released into the public domain. Parker v. D.O.J., 934 F.2d 375 (D.C. cir. 1991).

## VI. RELIEF REQUESTED

Wherefore, Sellers would respectfully pray that this honorable court grant the following relief:

-4-

1) Grant Sellers in Forma Pauperus based on the motion and financial records submitted with this complaint.

2) Issue declaratory judgement holding Sellers is entitled to records held by defendant for purposes of exoneration: [Bright v. Ashcroft 259 F.2d 502(E.D. La 2003]

3) Issue and order enjoining defendants from refusing to release records to Sellers;

4) Order defendants to produce Vaugn affidavit and index specifically addressing each record and why it's non-release is lawful;

5) Conduct in camera review of agency's OCDEFT file to ensure that all records maintained in that exemptable file are lawfully contained therein;

6) Order defendants to pay all costs associated with this FOIA/Privacy request, and pay punitive damages if files are lawfully contained therein;

7) Any other relief that this court deems just and proper.

respectfully prayed for this

_____ 28ᵗʰ _____ day of

_____ April _____2008

### AFFIRMATION OF TRUTH

I, Fredrick Sellers, do hereby state under penalty of purjury that I have read the foregoing complaint and attest to the truthfulness of facts alleged therein.    28 U.S.C. §1746

Sworn to this _____28ᵗʰ_____ day of _April_____, 2008.

_Fredrick Sellers_
Fredrick Sellers
#97281-071
United States Penitentiary McCreary
P.O. Box 3000
Pine Knot ,KY   42635

-5-

5/7/7
(Date)

Fredrick Sellers
#97281-071
U.S.P Big Sandy
P.O. Box 2068
Inez, KY 41224

Re: Freedom of Information/Privacy Acts Request

Dear Records Custodian:

This is a Freedom of Information and Privacy Act (FOIA/PA) request made pursuant to Title 5 U.S.C. 552, 552a and 28 C.F.R. Sec. 16.1 et. seq. In this case (Fredrick Sellers) is requesting any and all documents, records, memoranda, notes, statements and other information or data in what ever form maintained by your agency that relates to and/or makes reference to Fredrick Sellers directly or indirectly. More specifically, any data or information in the possession or control of your agency related to and/or generated by the criminal investigation and prosecution of Fredrick Sellers by federal authorities in and around the U.S. Federal Districts of Florence, South Carolina. This would include, but not be limited to, any agency documents, records, reports, statements, notes, case file summaries and all forms of information maintained by your agency that makes reference to Fredrick Sellers directly and indirectly.
     Fredrick Sellers would specifically request a search of your agency's Central Records System (CRS), Automated Case Support System (ACSS), Electronic Case Files (ECF), Universal Index (UE), Legal Attaches (Legats), Investigative Case Managment System (ICMS), Confidential Source System (CSS) and the "I-Drive" System. Any "main" and/or "reference" to Frdrick Sellers by his known name would be responsive to this request.
     This FOIA/PA request specifically requests information from January 1995 until the present time. To further aid your agency in effecting this FOIA/PA request, be advised that there was a criminal investigation related to me and others for various federal charges (i.e. drugs and kidnapping).

(Page 1 of 3 pages)



Freedom of Information/Privacy Acts Request
Fredrick Sellers #97281-071
Page 2 of 3 pages)

---

Be advised that Fredick Sellers makes this FOIA/PA request
for solely personal and not commercial purposes.  All information
sought by Sellers is for the public's interest insomuch as society
is offended when an innocent man remains imprisoned. A grave mis-
carriage of justice is being committed by Sellers continued incar-
ceration and Life sentence based on perjured testimony of certain
individuals and prosecutorial misconduct.  The release of informa-
tion in this case will serve to correct this miscarriage of justice
and reaffirm the public's confidence in the American criminal
justice system.

Your agency should specifically reference any and all stat-
utory provisions relied upon to assert any exemption when denying
release of information under Secs. 552 and 552a.  Sellers agrees
to pay any and all reasonable costs and fees associated with this
request, however would request that your agency make the first
100 documents available without cost under 28 C.F.R. Sec. 16.1,
et. seq.

All of Sellers personal informaiton is being made available
to your agency as found at page #3 of this request.  If your
agency requires any additional information to complete this FOIA
request please contact Sellers at the address indicated above. A
certificate of identity is attached herewith.

Thank you for your time and concern in this matter.

Respectfully submitted,

/s/ Fredrick Sellers

Attachments

cc: Retained

Certified mail reciept No:_____

U.S. Department of Justice

**Certification of Identity**



**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]   _Fredrick  Sellers_

Citizenship Status [2]   _US Citizen_          Social Security Number [3]   _248 - 59 - 3965_

Current Address   _USP Big Sandy  PO Box 2068, Inez, KY 41224_

Date of Birth   _3/10/74_          Place of Birth   _Dillow, SC_

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [4]   _Fredrick Sellers_          Date   _5/7/7_

## OPTIONAL:  Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

_N/A_

**Print or Type Name**

[1] Name of individual who is the subject of the record sought.

[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an Alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.

[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.

[4] Signature of individual who is the subject of the record sought.

**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D. C. 20535-0001

June 4, 2007

Mr. Frederick Sellers
**97281-071
United States Penitentiary Big Sandy
Post Office Box 2068
Inez, KY 41224

Request No.: 1079977

Dear Requester:

   This acknowledges receipt of your Freedom of Information-Privacy Acts (FOIPA) request to FBI Headquarters.  The FOIPA number listed above has been assigned to your request.

Sincerely yours,

David M. Hardy
Section Chief
Record/Information
   Dissemination Section
Records Management Division



EXHIBIT
**B**



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

June 4, 2007

MR. FREDRICK SELLERS
**97281-071
U.S.P. BIG SANDY
POST OFFICE BOX 2068
INEZ, KY 41224

Request No.: 1079977- 000
Subject: SELLERS, FREDRICK

Dear Requester:

☒ This acknowledges receipt of your Freedom of Information-Privacy Acts (FOIPA) request to the FBI Columbia Field Office. The FOIPA number listed above has been assigned to your request.

☐ For an accurate search of our records, please provide the complete name, alias, date and place of birth for the subject of your request. Any other specific data you could provide such as prior addresses, or employment information would also be helpful. If your subject is deceased, please include date and proof of death.

☐ To make sure information about you is not released to someone else, we require your notarized signature or, in place of a notarized signature, a declaration pursuant to Title 28, United States Code 1746. For your convenience, the reverse side of this letter contains a form which may be used for this purpose.

☐ If you want the FBI's Criminal Justice Information System (CJIS) to perform a search for your arrest record, please follow the enclosed instructions in Attorney General Order 556-73. You must submit fingerprint impressions so a comparison can be made with the records kept by CJIS. This is to make sure your information is not released to an unauthorized person.

☒ We are searching the indices to our central records system at FBI Headquarters for the information you requested, and will inform you of the results as soon as possible.

☐ Processing delays have been caused by the large number of requests received by the FOIPA. We will process your request(s) as soon as possible.

Your request has been assigned the number indicated above. Please use this number in all correspondence with us. Your patience is appreciated.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
   Dissemination Section
Records Management Division



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

July 5, 2007

MR. FREDRICK SELLERS
**97281-071
U.S.P. BIG SANDY
POST OFFICE BOX 2068
INEZ, KY 41224

Request No.: 1079977- 000
Subject: SELLERS, FREDRICK/
JANUARY, 1995-PRESENT

Dear Requester:

This is in reference to your Freedom of Information-Privacy Acts (FOIPA) request.

We have located approximately <u>430</u> pages which are potentially responsive to your request. Pursuant to Title 28, Code of Federal Regulations (CFR), Sections 16.11 and 16.49, there is a duplication fee of ten cents per page. The first 100 pages will be provided to you free of charge. Regulations require us to notify requesters when anticipated charges exceed $25, and if all of the pages are released, you will owe $33.00 in duplication fees. Please remember this is only an estimate, and if some of the pages are withheld or are not identifiable with your subject, the actual charges could be less.

You may want to consider reducing the scope of your request. This would allow you to lower your costs and hasten the receipt of your information. To streamline our operation, we divide our requests into three tracks based on the amount of material to be processed: small (1-500 pages); medium (501-2500 pages) and large (2501 or more pages), with the small track having the fastest rate of processing. To accelerate the processing of your request, you must reduce the pages to be processed to 500 pages or less. Please let us know in writing if you are interested in discussing the possibility of reducing the scope of your request or if you are willing to pay the estimated duplication cost indicated in the above paragraph. Your written response should provide a telephone number where you can be reached between the hours of 8:00 a.m. and 5:00 p.m., EST. You may also fax your response to the following number: 540-868-4996, Attention: Work Processing Unit. You must include the FOIPA request number in any communication regarding this matter.

As stated previously, the cost indicated is only an estimate, therefore, no payment should be made at this time.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

EXHIBIT

C



**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

MR. FREDRICK SELLERS
**9728I-07I
U.S.P. BIG SANDY
POST OFFICE BOX 2068
INEZ, KY 41224

July 30, 2007

Subject: SELLERS, FREDRICK/JANUARY, 1995-PRESENT

FOIPA No.  1079977- 000

Dear Requester:

      The enclosed documents were reviewed under the Freedom of Information/Privacy Acts (FOIPA), Title 5, United States Code, Section 552/552a. Deletions have been made to protect information which is exempt from disclosure, with the appropriate exemptions noted on the page next to the excision. In addition, a deleted page information sheet was inserted in the file to indicate where pages were withheld entirely. The exemptions used to withhold information are marked below and explained on the enclosed Form OPCA-16a:

|  | **Section 552** |  | **Section 552a** |
|---|---|---|---|
| ☐(b)(1) | ☐(b)(7)(A) | ☐(d)(5) |
| ☒(b)(2) | ☐(b)(7)(B) | ☒(j)(2) |
| ☐(b)(3)_____ | ☒(b)(7)(C) | ☐(k)(1) |
| _____ | ☐(b)(7)(D) | ☐(k)(2) |
| _____ | ☒(b)(7)(E) | ☐(k)(3) |
| _____ | ☐(b)(7)(F) | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(8) | ☐(k)(5) |
| ☐(b)(5) | ☐(b)(9) | ☐(k)(6) |
| ☒(b)(6) |  | ☐(k)(7) |

100  **page(s)** were reviewed and 100  **page(s)** are being released.

☐  Document(s) were located which originated with, or contained information concerning other Government agency(ies) [OGA]. This information has been:

    ☐  referred to the OGA for review and direct response to you.

    ☐  referred to the OGA for consultation. The FBI will correspond with you regarding this information when the consultation is finished.

☒ You have the right to appeal any denials in this release. Appeals should be directed in writing to the Director, Office of Information and Privacy, U.S. Department of Justice,1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001 within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

☐ The enclosed material is from the main investigative file(s) in which the subject(s) of your request was the focus of the investigation. Our search located additional references, in files relating to other individuals, or matters, which may or may not be about your subject(s). Our experience has shown, when ident, references usually contain information similar to the information processed in the main file(s). Because of our significant backlog, we have given priority to processing on If you want the references, you must submit a separate request for them in reviewed at a later date, as time and resources permit.

**EXHIBIT**

**D**

tabbies™

☒ See additional information which follows.

Sincerely yours,

David M. Hardy
Section Chief
Record/Information
  Dissemination Section
Records Management Division

Enclosure(s)

The enclosed records were processed in response to your request for information from the FBI Columbia Field Office.

You have received your free 100 pages in response to your request. There are approximately 295 additional pages available for processing. Pursuant to Title 28, Code of Federal Regulations, Sections 16.11 and/or 16.49, there is a fee of ten cents per page for duplication. Fees of $29.50 could be incurred should all the pages be deemed releasable to you. Please advise this office at your convenience if you are interested in receiving the additional material responsive to your request.

To minimize costs to both you and the FBI, duplicate copies of the same document were not processed.

August 13, 2007                      Cert. Mail Recpt.# _7006 2150 0002 5132 5960_

Fredrick Sellers #97281-071
USP Big Sandy
P.O. Box 2068
Inez, KY  41224

Office of Director
FOIA/PA
US Dept. of Justice
1425 New York Ave, NW
Suite 11050
Washington, DC  20530-0001

Re: FOIA/PA #1079977-000 FBI/ APPEAL

Dear Director:
This is my formal administrative APPEAL related to the above referenced
FOIA/PA request to the FBI Headquarters.
    The FBI claims to have "reviewed 100 pages and 100 pages [were]
released", however the pages that were released were heavily redacted, if fact, a
substantial portion of all pages were redacted making the release of pages
essentially a non-release. Moreover, the FBI is in possession of far more than
100 pages of documents that are not being released and no statutory exemption
asserted. To be sure, the agency admits that there are at least 295 additional
documents "available for processing". The FOIA reflects the "general
philosophy of full agency disclosure unless information is exempted under
clearly delineated statutory language." *U.S. DOD v. FLRA*, 510 US 487 (1994);
*Nixon v. Sampson*, 389 F.Supp 107 (DCD 1975). The FBI has not complied with
the mandate of the FOIA as interpreted by the Courts.
    I'm requesting that your office remand my case back to the FBI with
directions to release all information (unredacted) as required by the applicable
federal statutes. 5 USC §552a, §552.
    Thank you for your time and concern in this matter.

        Respectfully,
        *Fredrick Sellers*
        Fredrick Sellers

cc:  Retained

EXHIBIT
**E**



**U.S. Department of Justice**

Office of Information and Privacy

_Telephone: (202) 514-3642_                    _Washington, D.C. 20530_

**SEP 1 2 2007**

Mr. Fredrick Sellers
Register No. 97281-071
United States Penitentiary
Post Office Box 2068
Inez, KY 41224

     Re:  Request No. 1079977

Dear Mr. Sellers:

     This is to advise you that your administrative appeal from the action of the Federal Bureau of Investigation was received by this Office on September 4, 2007.

     The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours.  In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt.  Your appeal has been assigned number **07-2336**.  Please mention this number in any future correspondence to this Office regarding this matter.

     We will notify you of the decision on your appeal as soon as we can.  We regret the necessity of this delay and appreciate your continued patience.

                 Sincerely,

                 Priscilla Jones
                 Supervisory Administrative Specialist



EXHIBIT
**F**

**U.S. Department of Justice**

Office of Information and Privacy

---

*Telephone: (202) 514-3642*                    *Washington, D.C. 20530*

SEP 2 8 2007

Mr. Fredrick Sellers
Register No. 97281-071
United States Penitentiary          Re:    Appeal No. 07-2336
Post Office Box 2068                        Request No. 1079977
Inez, KY 41224                              ALB:CAS

Dear Mr. Sellers:

   You appealed from the action of the Columbia Field Office of the Federal Bureau of
Investigation on your request for access to records pertaining to yourself.

   After carefully considering your appeal, I am affirming the FBI's action on your request.
The records responsive to your request are exempt from the access provision of the Privacy Act
of 1974 pursuant to 5 U.S.C. § 552a(j)(2). See 28 C.F.R. § 16.96 (2007). Because these records
are not available to you under the Privacy Act, your request has been reviewed under the
Freedom of Information Act in order to afford you the greatest possible access to them.

   The FBI properly withheld certain information that is protected from disclosure under the
FOIA pursuant to:

   5 U.S.C. § 552(b)(2), which concerns matters that are related solely to internal agency
   practices;

   5 U.S.C. § 552(b)(7)(C), which concerns records or information compiled for law
   enforcement purposes the release of which could reasonably be expected to constitute an
   unwarranted invasion of the personal privacy of third parties; and

   5 U.S.C. § 552(b)(7)(E), which concerns records or information compiled for law
   enforcement purposes the release of which would disclose techniques and procedures for
   law enforcement investigations or prosecutions.

   In your appeal letter dated August 13, 2007, you assert that you are entitled to an
additional 295 pages that the FBI had advised you might be responsive to your request.
However, I note that in your request letter dated May 17, 2007, you agreed to pay "any and all
reasonable costs and fees" associated with your request. You also asked that the FBI process the
first 100 pages of records, which the FBI provided you free of charge. The FBI then properly
advised you that duplication fees of $.10 per page will apply to any additional pages that it
determines are releaseable to you. Since the FBI has identified an additional 295 potentially
responsive pages, you may incur a fee up to $29.50. If you want the FBI to

**EXHIBIT**

**G1**

-2-

processing the remaining records, you must contact the FBI directly. Please be advised, however, that the FBI will not process your request until it receives your written commitment to pay the associated fees.

If you are dissatisfied with my action on your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

Sincerely,

Janice Galli McLeod
Associate Director

10-9-07

U.S. Department of Justice          FREDLICK SELLERS
Federal Bureau of Investigation      #97281-071
170 marcel Drive                     U.S.P - Big Sandy
Winchester, VA 22602-4843            P.O. BOX 2068
                                     INEZ, KY 41224


              Request No: 1079977-000
              Subject: SELLERS FREDLICK
                    January, 1995-Present


      To whom this may concern.
            I am writing in Reference to
the 295 pages. That your office have Ready
to be processed. I would Like for this office
to process these 295 pages. At your earliest conven-
ience I agree to pay the $29.50 duplication
Fee.
            Thanks In Advance

            S/Fredrick Sellers
             #97281-071
             U.S.P - Big Sandy
             P.O. BOX 2068
             INEZ, KY 41224


CC:


EXHIBIT
H

U.S. Department of Justice
Federal Bureau of Investigation
170 marcel Drive
Winchester, VA 22602-4843        12-03-07
                                  FREDRICK Sellers
                                  #97281-071
                                  United States Penitentiary
                                  McCreary P.O. Box 3000
                                  Pine Knot, KY 42635

       Request NO: 1071977-001
       Subject: SELLERS, FREDRICK L January
       1995-PRESENT


     To whom this may concern

    I wrote to your office About filling
my FOIA Request. your office sent me
my First 100 pg. Now I am Awaiting the
295 pg that Are In your possession. I have
Already Agree to pay for them. Since then
I have been moved to A New Address. So
I am now putting you on notice of my
New Address. SEE Above.

              Thanks In advance.
CC:             S/Fedrick Seller

EXHIBIT
I



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

January 8, 2008

MR. FREDRICK SELLERS
**97281-071
Unit 6A
U.S.P. McCreary
Post Office Box 3000
Pine Knot, KY 42635

Subject: SELLERS, FREDRICK/JANUARY, 1995-PRESENT

FOIPA No. 1079977- 001

Dear Requester:

The enclosed documents were reviewed under the Freedom of Information/Privacy Acts (FOIPA), Title 5, United States Code, Section 552/552a. Deletions have been made to protect information which is exempt from disclosure, with the appropriate exemptions noted on the page next to the excision. In addition, a deleted page information sheet was inserted in the file to indicate where pages were withheld entirely. The exemptions used to withhold information are marked below and explained on the enclosed Form OPCA-16a:

|             **Section 552**             |                    |     **Section 552a**     |
|:----------------------------------------|:-------------------|:-------------------------|
| ☐(b)(1)                                 | ☐(b)(7)(A)         | ☐(d)(5)                  |
| ☒(b)(2)                                 | ☐(b)(7)(B)         | ☒(j)(2)                  |
| ☐(b)(3)_____           | ☒(b)(7)(C)         | ☐(k)(1)                  |
| _____                  | ☒(b)(7)(D)         | ☐(k)(2)                  |
| _____                  | ☒(b)(7)(E)         | ☐(k)(3)                  |
| _____                  | ☐(b)(7)(F)         | ☐(k)(4)                  |
| ☐(b)(4)                                 | ☐(b)(8)            | ☐(k)(5)                  |
| ☐(b)(5)                                 | ☐(b)(9)            | ☐(k)(6)                  |
| ☒(b)(6)                                 |                    | ☐(k)(7)                  |

282 **page(s)** were reviewed and 112 **page(s)** are being released.

☐ Document(s) were located which originated with, or contained information concerning other Government agency(ies) [OGA]. This information has been:

   ☐ referred to the OGA for review and direct response to you.

   ☐ referred to the OGA for consultation. The FBI will correspond with you regarding this information when the consultation is finished.

☒ You have the right to appeal any denials in this release. Appeals should be directed in writing to the Director, Office of Information and Privacy, U.S. Department of Justice,1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001 within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

☐ The enclosed material is from the main investigative file(s) in which the s... the focus of the investigation. Our search located additional references, in fi... individuals, or matters, which may or may not be about your subject(s). Our... when ident, references usually contain information similar to the information... Because of our significant backlog, we have given priority to processing only...



EXHIBIT
J

## EXPLANATION OF EXEMPTIONS

### SUBSECTIONS OF TITLE 5, UNITED STATES CODE, SECTION 552

(b)(1)   (A) specifically authorized under criteria established by an Executive order to be kept secret in the interest of national defense or foreign policy and (B) are in fact properly classified to such Executive order;

(b)(2)   related solely to the internal personnel rules and practices of an agency;

(b)(3)   specifically exempted from disclosure by statute (other than section 552b of this title), provided that such statute(A) requires that the matters be withheld from the public in such a manner as to leave no discretion on issue, or (B) establishes particular criteria for withholding or refers to particular types of matters to be withheld;

(b)(4)   trade secrets and commercial or financial information obtained from a person and privileged or confidential;

(b)(5)   inter-agency or intra-agency memorandums or letters which would not be available by law to a party other than an agency in litigation with the agency;

(b)(6)   personnel and medical files and similar files the disclosure of which would constitute a clearly unwarranted invasion of personal  privacy;

(b)(7)   records or information compiled for law enforcement purposes, but only to the extent that the production of such law enforcement records or information ( A ) could be reasonably be expected to interfere with enforcement proceedings, ( B ) would deprive a person of a right to a fair trial or an impartial adjudication, ( C ) could be reasonably expected to constitute an unwarranted invasion of personal privacy, ( D ) could reasonably be expected to disclose the identity of confidential source, including a State, local, or foreign agency or authority or any private institution which furnished information on a confidential basis, and, in the case of record or information compiled by a criminal law enforcement authority in the course of a criminal investigation, or by an agency conducting a lawful national security intelligence investigation, information furnished by a confidential source, ( E ) would disclose techniques and procedures for law enforcement investigations or prosecutions, or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law, or ( F ) could reasonably be expected to endanger the life or physical safety of any individual;

(b)(8)   contained in or related to examination, operating, or condition reports prepared by, on behalf of, or for the use of an agency responsible for the regulation or supervision of financial institutions; or

(b)(9)   geological and geophysical information and data, including maps, concerning wells.

### SUBSECTIONS OF TITLE 5, UNITED STATES CODE, SECTION 552a

(d)(5)   information compiled in reasonable anticipation of a civil action proceeding;

(j)(2)   material reporting investigative efforts pertaining to the enforcement of criminal law including efforts to prevent, control,  or reduce crime or apprehend criminals;

(k)(1)   information which is currently and properly classified pursuant to an Executive order in the interest of the national defense or foreign policy, for example, information involving intelligence sources or methods;

(k)(2)   investigatory material compiled for law enforcement purposes, other than criminal, which did not result in loss of a right, benefit or privilege under Federal programs, or which would identify a source who furnished information pursuant to a promise that his/her identity would be held in confidence;

(k)(3)   material maintained in connection with providing protective services to the President of the United States or any other individual pursuant to the authority of Title 18, United States Code, Section 3056;

(k)(4)   required by statute to be maintained and used solely as statistical records;

(k)(5)   investigatory material compiled solely for the purpose of determining suitability, eligibility, or qualifications for Federal civilian employment or for access to classified information, the disclosure of which would reveal the identity of the person who furnished information pursuant to a promise that his/her identity would be held in confidence;

(k)(6)   testing or examination material used to determine individual qualifications for appointment or promotion in Federal Government service the release of which would compromise the testing or examination process;

(k)(7)   material used to determine potential for promotion in the armed services, the disclosure of which would reveal the identity of the person who furnished the material pursuant to a promise that his/her identity would be held in confidence.

FBI/DOJ

January 13, 2008

Fredrick Sellers #97281-071
USP McCreary
P.O. Box 3000
Pine Knot, KY 42635

Office of Director
Freedom of INformation Dept.
U.S. Dept. of Justice
1425 New York Ave., NW
Washington, DC  20530-0001

Re: FOIA/PA Request Appeal from FBI #1079977-001
    Previous Appeal case File #07-2336

Dear Director:

This is my formal administrative appeal in the above FOIA case.
After your office affirmed my appeal of the FBI's first release
of documents the FBI released 112 more documents on 1/8/08. And,
again, the 112 pages were substantially redacted, however the
FBI did provide a list of exemptions and what portions of the
records that related to.  Nevertheless, the FBI refused to dis-
close 172 pages in their intirety.  I have sent the FBI a check
in the amount of $11.20 to cover cost of providing the last 112
blank pages.

    The FBI claims that release of files would interfer with
criminal investiagtion, reveal identity of confidentail sources,
and disclose secret law enforcement techniques.  In response I
argue that: (1) the investigation is closed. Kilroy v. NLRB, 633
F.Supp. 136 (SD Ohio 1985)and therefore the exeptions under 552
(b)(7) don't apply here; (2) that the FBI has failed to articul-
ate how disclosure would interfer with active investigation.
Curran v. DOJ, 813 F2d 473 (1st Cir. 1987); Edmonds v. FBI, 272
F,Supp.2d *(DDC 2003). and (3) the information and identities have
been released into the public domain via other forums. Parker v.
DOJ, 934 F.2d 375 (DC Cir. 1991).  The FBI is merely using FOIA
exemptions as pretext to conceal from me information that I am
rightfully entitled to under the FOIA/PA statutes.
    As I stated in my first appeal letter to your office, and all
my arguments contained in that letter of 8/13/07 are reasserted
here, The FOIA reflects the general philosophy that agency should
release information unless exempted under "clearly deliniated"
statutory language.  The FBI should release all the records in
this CLOSED criminal case and obviate civil litigation which will
follow this appeal letter.

                    Respectfully,

                    _Fedrick Sela_
                    Fredrick Sellers

Attachments
cc: Retained
    Mr. David M. Hardy, DOJ
    7007 0710 0003 9117 2319


EXHIBIT
K

**U.S. Department of Justice**

Office of Information and Privacy

---

Telephone: *(202) 514-3642*                    *Washington, D.C. 20530*

FEB 1 4 2008

Mr. Fredrick Sellers
Register No. 97281-071
United States Penitentiary
P.O. Box 3000
Pine Knot, KY 42635

     Re:  Request No. 1079977-001

Dear Mr. Sellers:

     This is to advise you that your administrative appeal from the action of the Federal Bureau of Investigation was received by this Office on February 8, 2008.

     The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours.  In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt.  Your appeal has been assigned number **08-0942**.  Please mention this number in any future correspondence to this Office regarding this matter.

     We will notify you of the decision on your appeal as soon as we can.  We regret the necessity of this delay and appreciate your continued patience.

                      Sincerely,

                      Priscilla Jones
                      Supervisory Administrative Specialist



EXHIBIT
L



**U.S. Department of Justice**

Office of Information and Privacy

_Washington, D.C. 20530_

Telephone: (202) 514-3642

MAR 3 1 2008

Mr. Fredrick Sellers
Register No. 97281-071
United States Penitentiary
Post Office Box 3000
Pine Knot, KY  42635

Re:    Appeal No. 08-0942
         Request No. 1079977-001
         ADW:CL

Dear Mr. Sellers:

You appealed from the action of the Headquarters Office of the Federal Bureau of Investigation on your request for access to records pertaining to yourself.

After carefully considering your appeal, I am affirming, on partly modified grounds, and remanding in part the FBI's action on your request. The records responsive to your request are exempt from the access provision of the Privacy Act of 1974 pursuant to 5 U.S.C. § 552a(j)(2). See 28 C.F.R. § 16.96(a) (2007). Because these records are not available to you under the Privacy Act, your request has been reviewed under the Freedom of Information Act in order to afford you the greatest possible access to them.

The FBI properly withheld certain information that is protected from disclosure under the FOIA pursuant to:

5 U.S.C. § 552(b)(2), which concerns matters that are related solely to internal agency practices;

5 U.S.C. § 552(b)(7)(C), which concerns records or information compiled for law enforcement purposes the release of which could reasonably be expected to constitute an unwarranted invasion of the personal privacy of third parties;

5 U.S.C. § 552(b)(7)(D), which concerns records or information compiled for law enforcement purposes the release of which could reasonably be expected to disclose the identities of confidential sources and information furnished by such sources; and

5 U.S.C. § 552(b)(7)(E), which concerns records or information compiled for law enforcement purposes the release of which would disclose techniques and procedures for law enforcement investigations.



EXHIBIT

M

-2-

Additionally, I am referring pages that originated in the United States District Court for the District of South Carolina back to the FBI for processing. The FBI will send any and all releasable records to you directly, subject to any fees. You may appeal any future adverse determination made by the FBI.

If you are dissatisfied with my action on your appeal, you may file a lawsuit in accordance with 5 U.S.C. § 552(a)(4)(B).

Sincerely,

Janice Galli McLeod
Associate Director

JS-44
(Rev.1/05 DC)

**CIVIL COVER SHEET**

08-840
HHK

## I (a) PLAINTIFFS

Frederick Sellers

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888
**(EXCEPT IN U.S. PLAINTIFF CASES)**

Pro SE (PR)

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
# G7281-071

## DEFENDANTS

U.S. Dept. Of Justice, et al,

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
**(IN U.S. PLAINTIFF CASES ONLY)**
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE

Case: 1:08-cv-00840
Assigned To : Kennedy, Henry H.
Assign. Date : 5/15/2008
Description: FOIA/Privacy Ac

## II. BASIS OF JURISDICTION

(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff

☐ 3 Federal Question (U.S. Government Not a Party)

☒ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT

(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

☐ **A. Antitrust**

☐ 410 Antitrust

☐ **B. Personal Injury/ Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

☐ **C. Administrative Agency Review**

☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

☐ **D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

☐ **E. General Civil (Other)** OR ☐ **F. Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Immigration**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus- Alien Detainee
☐ 465 Other Immigration Actions

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☒ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant

☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.

☐ 460 Deportation
☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not Administrative Agency Review or Privacy Act)

4

| ☐ G. *Habeas Corpus/ 2255* | ☐ H. *Employment Discrimination* | ☒ I. *FOIA/PRIVACY ACT* | ☐ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ☐ K. *Labor/ERISA (non-employment)* | ☐ L. *Other Civil Rights (non-employment)* | ☐ M. *Contract* | ☐ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

5 USC 552 (FOIA)

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23   **DEMAND $** 0   Check YES only if demanded in complaint   **JURY DEMAND:** ☐ YES  ☒ NO

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  ☐ YES ☒ NO  If yes, please complete related case form.

**DATE** 5/15/08   **SIGNATURE OF ATTORNEY OF RECORD** NCD

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.  COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd