Leave to file without
Prepayment of Cost **GRANTED**

AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

UNITED STATES     District of    COUMBIA

Fredrick Sellers
     Plaintiff

V.

FERAL BUREAU OF INVESTIGATION

     Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT
FEES AND AFFIDAVIT

**FILED**
MAY 15 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER: 08 0840

I, __Fredrick Sellers__ declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant      ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☑ Yes    ☐ No    (If "No," go to Part 2)

    If "Yes," state the place of your incarceration __USP McCReary__

    Are you employed at the institution? __yes__    Do you receive any payment from the institution? __yes__

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☑ Yes    ☐ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (Counselor Straub) The instution I am at is in a transition stage right now. So my pay is unstable at this point and time!

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment    ☐ Yes    ☑ No
    b. Rent payments, interest or dividends    ☐ Yes    ☑ No
    c. Pensions, annuities or life insurance payments    ☐ Yes    ☑ No
    d. Disability or workers compensation payments    ☐ Yes    ☑ No
    e. Gifts or inheritances    ☑ Yes    ☐ No
    f. Any other sources    ☐ Yes    ☑ No

**RECEIVED**
APR 30 2008
Clerk, U.S. District Court
Bankruptcy Courts

If the answer to any of the above is "Yes," describe on the following page, each source of money and state the amount received and what you expect you will continue to receive.

2

AO 240 Reverse (Rev. 10/03)

4. Do you have any cash or checking or savings accounts?  ☐ Yes  ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☐ Yes  ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.
   ```
   Jasmine Sellers (Daughter)
   Shonterah Sellers (Daughter)
   Kadejhia Sellers (Daughter)
   Leandra Sellers (Daughter)
   Fredrick Sellers (son)

   Half of my income based on amount.
   ```

I declare under penalty of perjury that the above information is true and correct.

_4-28-08_      _Fredrick Sellers_
Date                Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

UNITED STATES DISTRICT COURT

AFFIDAVIT OF ASSETS FOR APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF FEES

Fredrick Sellers

Plaintiff/Petitioner:

V.  FERAL BUREAU OF INVESTIGATION          Case Number:

Defendant/Respondent:

I, __Fredrick Sellers_____, Social Security No. __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_____, declare that I bring the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 U.S.C. §1915 I declare that I am unable to pay the fees and costs of these proceedings, that this is a statement of all of my assets, and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ( ) Yes    ( ) No (If "No," go to Question 2)

   If "Yes," state the place of your incarceration: __USP McCreary_____

   State your inmate number: __97281-071_____

2. Are you currently employed?   ( ) Yes    ( ) No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. ( Counselor Straub ) The Instution I am at is in a transition stage right now. So my pay is unstable at this point and time.
   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3.a. In the past twelve months, have you received any money from any of the following sources?

   (1) Business, profession or other form of self-employment?                        Yes _____ No ✓
   (2) Rent payments, interest or dividends?                                         Yes _____ No ✓
   (3) Pensions, annuities or life insurance payments?                       Yes _____ No ✓
   (4) Gifts or inheritances?                                                        Yes _____ No ✓
   (5) Social Security, SSI, disability or other governmental benefits?             Yes _____ No ✓
   (6) Any other sources?                                                            Yes _____ No ✓

3.b. If the answer to any of the above is "yes," describe each source of money, the amount received from each during the past twelve months, and whether this income will continue.

4.  Do you have any cash or checking or savings or inmate trust accounts?  (✓) Yes   ( ) No

    If "Yes," state which type(s) and give the total amount(s):
    _____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   ( ) Yes   (✓) No

    If "Yes," describe the property and state its value:

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support:
Jasmine Sellers (Daughter)       Half of income based on amount!
Shonterah Sellers (Daughter)
Kadejhia Sellers (Daughter)
Leandra SEllers (Daughter)
Fredriick Sellers (Son)
I declare under penalty of perjury that the above information is true and correct.

_____4-28-08_____                    _____Fredrick Sellers_____
          Date                                              Signature of Applicant

---

### Prisoner's Authorization for Release of Institutional Account Information and Payment of the Filing Fee

I, __Fredrick Sellers_____, _____,
authorize the
   (Name of Applicant)                         (Inmate #) 97281-071

Clerk of Court to obtain, from the agency having custody of my person, information about my institutional account, including balances, deposits and withdrawals. The Clerk of Court may obtain my account information from the past six months and in the future, until the filing fee is paid. I also authorize the agency having custody of my person to withdraw funds from my account and forward payments to the Clerk of Court, in accord with 28 U.S.C. §1915.

   I further agree that a photostatic copy of this Prisoner's Authorization for Release of Institutional Account Information and Payment of the Filing Fee shall serve in lieu of the original.

_____Fredrick Sellers_____
                    (Signature of Applicant)

___4-28-08_____
   (Date)