UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FREDERICK SELLERS )<br>#97281- 071 )<br>USP- MCCREADY )<br>UNIT 4-A )<br>P.O. BOX 3000 )<br>Pine Knot, KY 426351 )<br>             )<br>    Plaintiff, )<br>             )<br>  v.         )<br>             )<br>U.S. DEPARTMENT OF JUSTICE, )<br>             )<br><u>FEDERAL BUREAU OF INVESTIGATION,</u> )<br>             )<br>    Defendants. )<br>             ) | Civil Action No: 08- 0840 (HHK)<br>Electronic Case Filing |

## NOTICE OF ENTRY OF APPEARANCE

**THE CLERK OF THE COURT** will please enter the appearance of Special Assistant United States Attorney Brandon L. Lowy as counsel of record for the Defendants in the above-captioned civil action.

Respectfully submitted,

_____/s/_____
BRANDON L. LOWY,
Special Assistant United States Attorney
555 Fourth St., NW, Room E4405
Washington, D.C.  20530
Phone: (202) 307-0364
Fax: (202) 514-8780
Brandon.Lowy@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **26th** day of **June**, 2008 a true and correct copy of the foregoing **Notice of Entry of Appearance** was served by first class United States mail, postage prepaid marked for delivery to:

**FREDRICK SELLERS**
R97281-071
MCREARY UNITED STATES PENITENTIARY
Unit 4-A
P.O. Box 3000
Pine Knot, KY 42635


___/s/_____
BRANDON L. LOWY
Special Assistant United States Attorney