IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
)
FREDRICK SELLERS, )
)
   Plaintiff, )
)
   v. )  Civil Action No. 08-0840 (HHK)
)
U.S. DEPARTMENT OF JUSTICE, )
FEDERAL BUREAU OF INVESTIGATION,[*] )
)
   Defendant. )
_____ )

## DEFENDANT'S ANSWER TO THE COMPLAINT

Defendant, the U.S. Department of Justice ("DOJ"), Federal Bureau of Investigation ("FBI"), by and through its undersigned counsel, hereby answers plaintiff's Complaint filed on May 15, 2008, upon information and belief as follows:

### FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff failed to exhaust his administrative remedies.

### THIRD AFFIRMATIVE DEFENSE

Defendant responds to the paragraphs of plaintiff's Complaint as set forth below.

### I.  NATURE OF CASE

This unnumbered paragraph contains plaintiff's characterization of his action to which no answer is required, but insofar as an answer may deemed to be required, deny.

---

[*] The FBI is not a proper party because it is a component of the Department of Justice, which is responsible for defending the case on the FBI's behalf.

## II. JURISDICTION/Venue

This unnumbered paragraph contains plaintiff's allegations of jurisdiction and venue and not averments of facts to which a response is required, but insofar as answers are required, Defendant admits jurisdiction and venue.

## III. PARTIES

1) Defendant lacks sufficient knowledge to form a belief as to the truth of the allegations contained in this paragraph.

2) Deny. The FBI is a component of DOJ.

## IV. FACTUAL ALLEGATIONS

### A. Facts Associated With FOIA Request

1) Defendant admits that it received plaintiff's Freedom of Information Act ("FOIA")/Privacy Act requests dated May 17, 2007. The Court is referred to Exhibit A of the Complaint for a full and complete statement of its contents.

2) Deny. The citations to sections 522a and 522 are incorrect.

3) Admit. The Court is referred to Exhibit B of the Complaint for a full and complete statement of its contents.

4) Admit. The Court is referred to the July 5, 2007 letter -- Exhibit C of the Complaint -- for a full and complete statement of its contents.

5) Defendant admits that it released 100 redacted pages to plaintiff. The Court is referred to the July 30, 2007 letter -- Exhibit D of the Complaint -- for a full and complete statement of its contents.

6) Defendant admits the first sentence of this paragraph. The Court is referred to the

July 30, 2007 letter for a full and complete statement of its contents. Defendant lacks sufficient knowledge to form a belief as to the truth of the allegations contained in the second sentence of this paragraph.

7) Defendant admits that plaintiff appealed in a letter dated August 13, 2007. The Court is referred to the August 13, 2007 letter -- Exhibit E of the Complaint -- for a full and complete statement of its contents.

8) Defendant admits that plaintiff's appeal was acknowledged by the DOJ's Office of Information and Privacy ("OIP") and designated as appeal No. 07-2336 in a letter dated September 12, 2007. The Court is referred to the September 12, 2007 letter -- Exhibit F of the Complaint -- for a full and complete statement of its contents.

9) Defendant admits that its withholding of information was affirmed by OIP in a letter dated September 28, 2007. The Court is referred to the September 28, 2007 letter -- Exhibit G of the Complaint -- for a full and complete statement of its contents,

10) Admit. The Court is referred to Exhibit H of the Complaint for a full and complete statement of its contents.

11) Admit. The Court is referred to Exhibit I of the Complaint for a full and complete statement of its contents.

12) Defendant admits that of 282 pages reviewed, 112 redacted pages were released to plaintiff in a letter dated January 8, 2008. The Court is referred to the January 8, 2008 letter -- Exhibit J of the Complaint -- for a full and complete statement of its contents.

13) Defendant admits that plaintiff appealed in a letter dated January 13, 2008. The Court is referred to the January 13, 2008 letter -- Exhibit K of the Complaint -- for a full and

complete statement of its contents.

14) Defendant admits that OIP acknowledged plaintiff's appeal and it was designated as No. 08-942 in a letter dated February 14, 2008. The Court is referred to the February 14, 2008 letter -- Exhibit L of the Complaint -- for a full and complete statement of its contents.

15) Defendant admits that OIP sent plaintiff a letter dated March 31, 2008, which has been marked Exhibit M of the Complaint. Defendant denies plaintiff's characterization of the letter. The Court is referred to the March 31, 2008 letter for a full and complete statement of its contents.

B.  Facts Related to Plaintiff and Basis for FOIA Request

1) Defendant lacks sufficient knowledge to form a belief as to the truth of the allegations contained in this paragraph.

2) Defendant lacks sufficient knowledge to form a belief as to the truth of the allegations contained in this paragraph.

3) Defendant lacks sufficient knowledge to form a belief as to the truth of the allegations contained in this paragraph.

4) Defendant lacks sufficient knowledge to form a belief as to the truth of the allegations contained in this paragraph.

V.  CLAIMS/ARGUMENTS FOR RELIEF

This entire section V. of the Complaint contains plaintiff's conclusions of law and legal arguments. The section does not contain averments of fact to which answers are required, but insofar as answers may be deemed required, Defendant denies the allegations.

## VI.  RELIEF REQUESTED

This unnumbered paragraph containing seven numbered sub-paragraphs represents plaintiff's requests for relief to which an answer is not required, but insofar as an answer may be required, defendant denies that plaintiff is entitled to the relief requested or to any other relief whatsoever.

Except to the extent expressly admitted or qualified above, defendant denies each and every allegation in the Complaint.

WHEREFORE, defendant prays for an order: (1) denying plaintiff's request for relief; and (2) for such other and further relief as the Court deems just and proper.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


_____
BRANDON L. LOWY
Special Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.

                      Washington, D.C. 20530

                      Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of July, 2008, I caused the foregoing Defendant's Answer to the Complaint to be served upon Plaintiff by first-class mail, postage prepaid, addressed as follows:

**FREDRICK SELLERS**
R97281-071
MCREARY UNITED STATES PENITENTIARY
4-A
P.O. Box 3000
Pine Knot, KY 42635


　　　／s／_____
BRANDON L. LOWY