UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FREDRICK SELLERS,<br><br>     Plaintiff,<br><br>  v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br>FEDERAL BUREAU OF INVESTIGATION,<br><br>     Defendant. | Civil Action No. 08-0840 (HHK) |

## ORDER

  Plaintiff has filed a complaint seeking to obtain information from the Federal Bureau of Investigation pursuant to the Freedom of Information Act ("FOIA"). Defendant has filed an answer. In the Court's experience, the filing of an answer in a FOIA case does little to advance the matter.

  Accordingly, it is hereby

  ORDERED that, within 30 days of entry of this Order, defendant shall file either a dispositive motion or a proposed order governing future proceedings in this case.

  SO ORDERED.

                HENRY H. KENNEDY, JR.
                United States District Judge

DATE: July 15, 2008