IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FREDERICK SELLERS,<br>    Plaintiff,<br><br>vs.<br><br>U.S. DEPARTMENT OF<br>JUSTICE; FEDERAL BUREAU<br>OF INVESTIGATION,<br>    Defendants. | Case No.: 08-0840-HHK<br><br><br><br>5 U.S.C. § 552 FOIA Case |

PLAINTIFF'S MOTION TO FILE REPLY

COMES NOW, Frederick Sellers, the Plaintiff acting pro se in the above-styled FOIA complaint case, and respectfully moves under Rule 7(a), F.R.Civ.P., requesting leave to file a pro se traverse in reply to the Defendant's Answer to Plaintiff's FOIA Complaint.

    For GOOD CAUSE in this Court allowing Plaintiff leave to file the accompained "Traverse To Defendant's Answer to Complaint" the Plaintiff would show as follows:

1. That Plaintiff is acting pro se and his pleadings should be liberally construed;

2. That the Defendants made arguments and claims in their Answer that Plaintiff does not wish to go unanswered lest the Court deem such statements accurate;

3. That Plaintiff wants to bring the Court's attention to matters presented in the Defendant's Answer to Complaint;

1

RECEIVED
JUL 2 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

4. That the Defendant alleged that Plaintiff failed to exhaust administrative remedies which is a jurisdictional defect claim that demands a reply from the Plaintiff;

5. That the Defendant's will not be prejudiced by allowing the pro se Plaintiff an opportunity to reply to the defendant's Answer to Complaint and the ends of Justice would best be met by allowing Plaintiff to file a reply;

## CONCLUSION

WHEREFORE, Plaintiff prays this Court will accept and review the Plaintiff's Traverse To The Defendant's Answer To The Complaint in this case.

Respectfully prayed for this 21 day of July, 2008.

*Frederick Sellers*
Frederick Sellers
Plaintiff, Pro Se

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FREDERICK SELLERS,<br>    Plaintiff,<br><br>VS.<br><br>U.S. DEPARTMENT OF<br>JUSTICE; FEDERAL BUREAU<br>OF INVESTIGATION,<br>    Defendant, | Case No.: 08-0840-HHK<br><br>Title 5 U.S.C. §552 FOIA |

PLAINTIFF'S PRO SE TRAVERSE TO DEFENDANT'S
ANSWER TO COMPLAINT

COMES NOW, FREDERICK SELLERS, the Plaintiff acting pro se in the above-styled FOIA case, and respectfully submits this pleading in reply to the Defendant's Answer to Complaint.[1/]

I. REPLY TO DEFENDANT'S ANSWER

1. Defendant's First Affirmative Defense.

Defendants argue that Plaintiff's "Complaint fails to state a claim upon which relief can be granted." (Ans. p. 1 ¶1).

    Contrary to the Defendant's affirmative contention, Plaintiff's Complaint [filed pursuant to Title 5 U.S.C. §552(a)(4)(B)].

---

[1/]   Plaintiff accompainies this Traverse with a "Motion For Leave To File Traverse" under Rule 7(a), F.R.C.P.

does state a claim (i.e., violation of federal FOIA statutes by Defendant's) upon which relief can be granted. <u>U.S. Dept. of Justice v. Tax Analysts</u>, 492 U.S. 136 (1989); <u>Crooker v. U.S. Dept. of Treasury</u>, 213 U.S. App. D.C. 376 (1980).

2. <u>Defendant's Second Affirmative Defense.</u>

Defendants next argue that Plaintiff "failed to exhaust his administrative remedies." (Ans. p. 1 ¶2). This defense is patently frivolous and belabors the Court's and resources unnecessarily.

Attached to Plaintiff's Complaint are Exhibits A through M which are documents establishing that all administrative remedies were exhausted by the Plaintiff in this case. [See Comp. p. 1 ¶IV (A)(1) through (15)].

3. <u>Defendant's Third Affirmative Defense.</u>

Defendant's Third Affirmative Defense does not assert any legal or factual defense, but rather alludes to Defendant's responses to paragraphs of Plaintiff's Complaint.

4. <u>Defendant's Response To Parties.</u>

Incredulously, the Defendants claim they "lack [] Sufficient Knowledge to form a belief as to the truth of the allegations contained in" Plaintiff's "Parties" Section of Complaint. (Resp. p. 2 ¶1).

Plaintiff would contend that the statements made under "Parties" speak for themselves and are not "allegations", but rather historical fact.

The FBI may well be a "Component" of the DOJ, however it functions under the auspices of the DOJ.

5. Defendant's Answer To Plaintiff's Factual Allegation.

The Defendant's numerous denials of Plaintiff's factual allegations demonstrate that there exist a significant number of genuine material facts in dispute. Consequently, Summary Judgment is precluded at this juncture in the proceedings. Celotex Corp. v. Catrett, 477 U.S. 317, 324 (1986); Piroglu v. Coleman, 306 U.S. App. D.C. 392 (D.C. 1994).

6. Defendant's Answer to Plaintiffs' Claims/Arguments For Relief.

The Defendant denies allegations contained in Plaintiff's "Claims/Arguments" Section of Complaint (Resp. p. 4 ¶IV).

Plaintiff maintains his position as reflected in the legal arguments contained in his pro se Complaint. Insomuch as Defendants deny such arguments it remains the Court's duty to make legal determinations in this case.

7. defendant's Answer To Plaintiff's Prayers For Relief.

Again the Defendants have made a blanket denial of Plaintiff's Complaint. (Resp. p. 5 ¶VI). Plaintiff is entitled to relief requested in his Complaint and would again request that the Honorable Court grant such accordingly.

## CONCLUSION

WHEREFORE, Plaintiff prays that this Court allow this case to

move forward as justice and due process demand.

Respectfully prayed for this 21 day of July 2008.

/S/ *Frederick Sellers*
Frederick Sellers
Plaintiff, Pro se.

## CERTIFICATE OF SERVICE

I, Frederick Sellers, do hereby state Under penalty of perjury [28 U.S.C. §1746] that I have this day served the opposing party with a true copy of the attached "Plaintiff's Pro Se Traverse To Defendant's Answer To Complaint" and "Motion To File Reply" by mailing same in US Mail with 1st Class postage affixed and adressed as follows:

U.S. District Court
District of Columbia
E. Barret Pretty man Court House
333 Constitution Ave. N.W.
Washington, DC 20001-2802

U.S. Attorney's Office
District of Columbia
Brandon L. Lowy, S.A.U.S.A.
Civil Division
55 4th Street, N.W.
Washington, DC 20530

Done this 21 day of July 2008.

/S/ *Frederick Sellers*
Frederick Sellers #97281-071
U.S. Penitentiary McCreary
P.O. Box - 3000
Pine Knot, KY 42635.

4