# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FREDERICK SELLERS** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**U.S. DEPARTMENT OF JUSTICE, et al.** )<br>)<br>**Defendants.** )<br>) | Civil Action No: 08- 0840 (HHK) |

## NOTICE OF SUBSTITUTION OF COUNSEL

Defendant respectfully requests that the Clerk of the Court enter the appearance of Assistant United States Attorney John G. Interrante as counsel for defendants in the above captioned case and withdraw the appearance of Special Assistant United States Attorney Brandon L. Lowy.

Respectfully submitted,

____/s/_____
JOHN G. INTERRANTE
PA Bar # 61373
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7220
(202) 514-8780 (fax)
John.Interrante@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of August, 2008 a copy of the foregoing was served by First Class, postage prepaid to:

FREDRICK SELLERS
R97281-071
MCREARY UNITED STATES PENITENTIARY
Unit 4-A
P.O. Box 3000
Pine Knot, KY 42635

\_\_\_\_/s/_____
JOHN G. INTERRANTE
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7220
(202) 514-8780 (fax)
John.Interrante@usdoj.gov