IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FREDRICK SELLERS,** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **U.S. DEPARTMENT OF JUSTICE,** ) <br> **FEDERAL BUREAU OF INVESTIGATION,** ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 08-0840 (HHK) |

### NOTICE OF FILING OF PROPOSED SCHEDULING ORDER

Defendant U.S. Department of Justice, Federal Bureau of Investigation ("FBI"), hereby files the proposed Scheduling Order required by the Court. See Document 8. The FBI has advised undersigned counsel, who is entering a substitution of counsel in this case,1 that it requires additional time to review its files in this case brought under the Freedom of Information Act ("FOIA") and to prepare a Vaughn declaration for the records responsive to Plaintiff's FOIA request. Therefore, Defendant respectfully requests an allotment of 90 days for the FBI to prepare a full and accurate Vaughn declaration and release any additional responsive documents, and that the Court set a briefing schedule thereafter, as set forth in the proposed scheduling order submitted herewith.

---

1 Prior counsel for defendant completed his detail in the Civil Division on August 5, 2008.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
JOHN G. INTERRANTE
PA Bar # 61373
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7220
(202) 514-8780 (fax)
John.Interrante@usdoj.gov

Attorneys for Defendant

## CERTIFICATE OF SERVICE

      I hereby certify that on this 14th day of August, 2008, I caused the foregoing to be served upon Plaintiff by first-class mail, postage prepaid, addressed as follows:

**FREDRICK SELLERS**
R97281-071
MCREARY UNITED STATES PENITENTIARY
4-A
P.O. Box 3000
Pine Knot, KY 42635


                                                               /s/
                                                        John G. Interrante
                                                        Assistant United States Attorney

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **FREDRICK SELLERS,** | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 08-0840 (HHK) |
| **U.S. DEPARTMENT OF JUSTICE, FEDERAL BUREAU OF INVESTIGATION,** | ) ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

Upon consideration of Defendant's Proposed Scheduling Order, and the entire record herein, the Court hereby orders that the parties shall comply with the following schedule:

1. Defendant shall prepare a <u>Vaughn</u> declaration and release any additional responsive documents no later than November 12, 2008;

2. Defendant shall file a dispositive motion on or before December 12, 2008;

3. Plaintiff shall file an opposition brief on or before January 12, 2009; and,

4. Defendant shall file a reply on or before February 11, 2009.

IT IS SO ORDERED, this ____ day of _____, 2008.

_____
Henry H. Kennedy, Jr.
United States District Judge

Copy to:  ECF Counsel