UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FREDRICK SELLERS,

              Plaintiff,

   v.

U.S. DEPARTMENT OF JUSTICE,
FEDERAL BUREAU OF INVESTIGATION,

              Defendant.

Civil Action No.  08-0840  (HHK)

## ORDER

Upon consideration of Defendant's Proposed Scheduling Order, and the entire record herein, it is hereby

ORDERED that plaintiff's motion to file a "Traverse to Defendant's Answer to Complaint" [Dkt. #9] is DENIED.  It is further

ORDERED that the parties shall comply with the following schedule:

1.    Defendant shall prepare a *Vaughn* declaration and release any additional responsive documents no later than **November 12, 2008**;

2.    Defendant shall file a dispositive motion on or before **December 12, 2008**;

3.    Plaintiff shall file an opposition brief on or before **January 12, 2009**; and,

4.    Defendant shall file a reply on or before **February 11, 2009**.

SO ORDERED.

                                            HENRY H. KENNEDY, JR.
                                            United States District Judge

DATE:  August 15, 2008